# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | CASE NUMBER:  8:04-CR-539-T-27EAJ |
| | USM NUMBER:  11824-002 |
| vs. | |
| ELAINE MATUK COMER | |
| | Defendant's Attorney:  Jeffrey Blau |

THE DEFENDANT:

_X_ pleaded guilty to count(s) One of the Indictment.
___ pleaded nolo contendere to count(s) which was accepted by the court.
___ was found guilty on count(s)  after a plea of not guilty.

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport in Interstate Commerce, and to Sell Construction Equipment | December, 1999 | One |

     The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s)
___ Count(s)  (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.
If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence: March 13, 2007

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE:  March ___14___ , 2007

| | | |
|---|---|---|
| Defendant: | ELAINE MATUK COMER | Judgment - Page 2 of 6 |
| Case No.: | 8:04-CR-539-T-27EAJ | |

## IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **EIGHTEEN (18) MONTHS**.

Defendant shall be given credit toward the service of a term of imprisonment for any time he/she has spent in official detention prior to the date the sentence commences -- (1) as a result of the offense for which the sentence was imposed; or (2) as a result of any other charge for which the Defendant was arrested after the commission of the offense for which the sentence was imposed; that has not been credited against another sentence.  18 U.S.C. § 3585(b).

__X__  The court makes the following recommendations to the Bureau of Prisons:  The Court recommends confinement in Alderson, West Virginia.

___ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

      ___ at ___ a.m./p.m. on ___.
      ___ as notified by the United States Marshal.

_X_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

      ___ before 2 p.m. on ___.
      _X_ as notified by the United States Marshal.
      ___ as notified by the Probation or Pretrial Services Office.

## RETURN

      I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

___ at _____, with a certified copy of this judgment.

                             _____

                                       United States Marshal

          By:_____

                                 Deputy United States Marshal

| Defendant: | ELAINE MATUK COMER | Judgment - Page 3 of 6 |
|---|---|---|
| Case No.: | 8:04-CR-539-T-27EAJ | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

___ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable).

_ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

_X_ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

_ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer. (Check, if applicable.)

_ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | |
|---|---|
| Defendant: | ELAINE MATUK COMER |
| Case No.: | 8:04-CR-539-T-27EAJ |

Judgment - Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

__X__      The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

__X__      The defendant shall provide the probation officer access to any requested financial information.

__X__      The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating herself for any major purchases without the express prior approval of the probation officer.

| Defendant: | ELAINE MATUK COMER | Judgment - Page 5 of 6 |
|---|---|---|
| Case No.: | 8:04-CR-539-T-27EAJ | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Total Restitution |
|---|---|---|---|
| Totals: | $100.00 | $Waived | $1,807,440 |

____ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

_X_ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States.

**Name of Payee**

See Attachment A to United States of America Notice of Filing Loss Information (Dkt. 185), attached to this judgment.

Totals:        $1,807,440.00

___ Restitution amount ordered pursuant to plea agreement $ _____.

___ The defendant must pay interest on a fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

___ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

___ the interest requirement is waived for the ___ fine ___ restitution.

___ the interest requirement for the ___ fine ___ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

| Defendant: | ELAINE MATUK COMER | Judgment - Page 6 of 6 |
|---|---|---|
| Case No.: | 8:04-CR-539-T-27EAJ | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

   __X__    Special instructions regarding the payment of criminal monetary penalties:

        While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job, or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. Upon release from custody, the defendant shall pay restitution at the rate of $300.00 per month.
        At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay, and the Court may adjust the payment schedule accordingly.
        The Court reserves jurisdiction to determine the monthly payment if an agreement is not reached.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

  __X__    Joint and Several

        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

Joint and Several amount $1,807,440 with co-defendants in Case Nos. 8:04-CR-539-T-27EAJ & 8:00-CR-288-T-17EAJ as follows:

8:04-cr-00539-JDW-EAJ-1 - Robert Lee Evans Comer
8:04-cr-00539-JDW-EAJ-3 - Ronald Majette
8:04-cr-00539-JDW-EAJ-4 - Leo Francis Prather
8:04-cr-00539-JDW-EAJ-5 - Michael Lynn Comer

8:00-cr-00288-EAK-MAP-1 - Joseph Anthony Newton
8:00-cr-00288-EAK-MAP-2 - Herbert Marshall Walker, Jr
8:00-cr-00288-EAK-MAP-3 - Marshall Keith Walker
8:00-cr-00288-EAK-MAP 4 - Glen Ray Comer

  _      The defendant shall pay the cost of prosecution.

  _      The defendant shall pay the following court cost(s):

  __X__    The defendant shall forfeit the defendant's interest in the following property to the United States:

[SEE ATTACHED FORFEITURE MONEY JUDGMENT]

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# ATTACHMENT A

| Make - Model | PIN | Victim | Date theft reported | Insurance Company | Claimed Value | Date of Re-Sale | Re-sale Price or app. Fair mkt. value |
|---|---|---|---|---|---|---|---|
| Ford 555C Tractor/Loader/Backhoe | A402276 | No Victim ID'ed | | | | 1/14/1998 | $14,250.00 |
| FORD 555E TRACTOR/LOADER/BACKHOE | A429605 | Johnny Wall Colt Contracting PO Box 899, Clinton, NC 910-592-1166 | 1/21/1998 | Kemper Insurance Randy Byar 800-532-6500 | $50,000.00 | 4/1/1998 | $29,000.00 |
| CASE 580 SUPER L TRACTOR/LOADER/BACK HOE | JJG0184230 | Dover Construction Ronald Riggs 475 Komegay St, Dover NC 252-527-3551 | 2/5/1998 | | $48,000.00 | | $41,650.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A430007 | No Victim ID'ed | | | | 4/10/1998 | $21,900.00 |
| JOHN DEERE 310D LOADER/BACKHOE | T0310DG808024 | Temco Walter Jenks 9700 Lakeview Rd Bay, Minette, AL 751-9955 | 4/14/1998 | | $40,000.00 | | $39,200.00 |
| CAT 416 TRACTOR/LOADER/BACK HOE | 8ZK02609 | No Victim ID'ed | | | | 6/16/1998 | $22,090.00 |
| FORD 555D LOADER/BACKHOE | A434189 | First Utilities Construction 2401 A Montreal Ave, Greensboro, NC 336-273-8175 | 5/19/1998 | Travelers Insurance Martha Safrit 800-759-6194 | $35,000.00 | 6/13/1998 | $20,000.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A418334 | RTS Construction Roger Smith 3249 Coastal Bv Richmond VA 230-9211 or 788-9286 | 6/2/1998 | CNA Commercial Insurance Pam Williams 678-473-3928 | $50,000.00 | 6/16/1998 | $23,970.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A437810 | Sam Ratcliff Backhoe & Landscaping Serv. Glen Samuel Ratcliff 829-2211(h) 755-9886(w) | 6/9/1998 | Risk Management Resources Steve Hillis 800-717-3611 ext 1156 | $70,000.00 | 10/13/1998 | $27,260.00 |
| JOHN DEERE 410D TRACTOR/LOADER/BACK HOE | G817804 | Miller Excavation 3529 Carolina Beach Rd, Wilmington NC 791-4377 R.W.Moore Equipment Co, Northside Industrial Park, Castle Hayne, NC 675-9211 | 7/30/1998 | Travelers Insurance | $55,000.00 | 8/15/1998 | $31,500.00 |
| JOHN DEERE 310D TRACTOR/LOADER/BACK HOE | 789166 | No Victim ID'ed | | | | 9/8/1998 | $25,000.00 |
| JOHN DEERE 410D TRACTOR/LOADER/BACK HOE | 918087 | No Victim ID'ed | | | | 12/4/1998 | $28,200.00 |
| FORD 575D TRACTOR/LOADER/BACK HOE | A427089 | No Victim ID'ed | | | | 9/17/1998 | $21,000.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A425204 | Tindel Enterprises Chris Redwell Box 162 100 Church St P.O. Santa Rosa Beach, FL 850-622-1700 | 9/18/1998 | General Accident Insurance Robbie Ewen 407-660-1985 ext 4920 | $60,000.00 | 9/29/1998 | $21,000.00 |

| Equipment | ID | Name / Address | Insurance / Contact | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| FORD 555D TRACTOR/LOADER/BACKHOE | A423607 | North American Construction Co, John Darby, 124 W McKiver Rd Florence, SC 667-0244 | Crum & Forrester Ins, Earl Williams 800-438-9578 | 9/30/1998 | $90,000.00 | | | 10/1/1998 | $21,000.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A426642 | No Victim ID'ed | | | | | | 10/1/1998 | $21,000.00 |
| JOHN DEERE 450G DOZER | 810346 | Burgin Construction, Bennie Foster, Montgomery Hwy 1885 Hoover, AL 205-956-5611 | | | | | | | |
| FORD 555D TRACTOR/LOADER/BACK HOE | A428400 | Brett Bennett, 673 Wylie Rd, Marietta GA 404- 871-9876(w) 720-426-8403(h) | Travelers Insurance 800-238-6214 | 10/9/1998 | $63,530.00 | | | 10/13/1998 | $34,000.00 |
| JOHN DEERE 624G LOADER | DW624GB556880 | Universal Pipe & Steel, 2224 Flint Dr, Ft Myers, FL | Risk Management Steve Hillis 800-717-3611 | 10/21/1998 | $52,000.00 | | | 10/22/1998 | $22,000.00 |
| JOHN DEERE 310D LOADER | TO310DG824322 | Dan Kenobbie Const, P.O. Box 2342 Newnan GA 710-301-0906 770-253-6672 | | 10/26/1998 | $117,950.00 | | | | $73,400.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A437813 | No Victim ID'ed | CNA Commercial Ins 678-473-3928 | 11/12/1998 | $45,000.00 | | | 12/2/1998 | $34,000.00 |
| JOHN DEERE 310D TRACTOR/LOADER/BACK HOE | 810886 | Joe Barber, 515, Mt. Pleasant, AR Box 870-346-5706 | | 1/8/1998 | | | | 11/17/1998 | $26,500.00 |
| FORD 575D TRACTOR/LOADER/BACK HOE | A424897 | Ted Parker Enterprises, 407 E 11 St, Lumberton, NC 910- 608-2000 | | | $50,000.00 | | | 3/2/1999 | $22,000.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A435252 | CJ Compton & Sons, Michael Compton, 7606 Prince St Spartenburg, SC 503-0337(w) 578-4447(h) | State Auto Ins Bob Pirtle 800-234-1878 | 12/16/1998 | $50,000.00 | | | 12/23/1998 | $23,000.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A434187 | Advance Fire Protection, David Ray, 1463 N Hwy 25 Travelers Rest, SC 834-5188(w) 834-8799(h) | Carolina Ins. Consultants Shirley Hoover 864-297-4444 | 12/30/1998 | $50,000.00 | | | 1/4/1999 | $23,000.00 |
| FORD 555E TRACTOR/LOADER/BACK HOE | 31013091 | Chelco Services, Jerry Grace, 1350 Baldwin Ave. Defuniak Springs, FL 850-951-0170 | St Paul Fire & Marine Chris Backus 954-677-3364 | 12/31/1998 | $45,000.00 | | | 1/4/1999 | $21,000.00 |
| FORD 675D TRACTOR/LOADER/BACK HOE | A436046 | Greenville Utilities Commission-Water Resources, 200 W. 5 Street, Greenville, NC 551-1551 Tim Craft | Royal Sunalliance Paul Horvath 973-829-6000 | 1/13/1999 | $60,000.00 | | | 2/1/1999 | $33,000.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A428042 | Century Concrete, Inc, Mike McQueeney, Air Rail Ave, Virginia 1364 Beach, VA 757-460-5366 | Liberty Mutual Lauren Alvarez Claim # 550-022325-00 Tel 800-532-7706 | 1/15/1999 | $62,000.00 | | | 3/8/1999 | $29,000.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A435797 | Century Concrete, Inc, Mike McQueeney, Air Rail Ave, Virginia Beach, VA 757-460- 1364 5366 | Liberty Mutual Lauren Alvarez Claim # 550-022429-00 Tel 800-532-7706 | 1/27/1999 | $37,000.00 | | | 2/1/1999 | $21,000.00 |
| | | | | 1/28/1999 | $20,000.00 | | | 2/1/1999 | $22,000.00 |

| Equipment | Serial/ID | Owner / Contact | Date | Insurance | Date | Value | Date | Value |
|---|---|---|---|---|---|---|---|---|
| JOHN DEERE 310D TRACTOR/LOADER/BACKHOE | A807287 | Church & Tower of Tennessee, James Shereill, Rock Quarry Rd, Stockbridge, GA, 8228 507 7770 (118 708-) | 7/14/1995 | | | $35,000.00 | 3/2/1999 | $20,500.00 |
| JOHN DEERE 310D TRACTOR/LOADER/BACKHOE | G804152 | Reese & Howell Construction, Pickett Reese, 101 Meriweather Rd, Pike Rd, AL, 334-286-0425 | | | | | 2/20/1999 | $28,500.00 |
| FORD 555D TRACTOR/LOADER/BACKHOE | A433850 | Triangle Grading & Paving, 1521 S Huffman Mill Rd, Burlington, NC, 336-584-1745 | 2/5/1999 | Zurich Insurance Vince Lewis 410-229-5813 | | $55,248.00 | 2/9/1999 | $24,000.00 |
| FORD 555E TRACTOR/LOADER/BACKHOE | 31005480 | Distribution Construction, Eutaw Center Station NC, Fayetteville, Mike Henderson | 1/15/1999 | St Paul Fire & Marine 877-467-0437 | 2/22/1999 | $30,000.00 | 3/5/1999 | $31,000.00 |
| FORD 555D TRACTOR/LOADER/BACKHOE | A431763 | Southern Installation, Wayne Hestewood, 360 Park Road, Lexington, SC, 359-5151 | 2/25/1999 | Harleysville Mutual 888-549-9876 | | $48,000.00 | 2/24/1999 | $21,500.00 |
| CAT D4H DOZER | X3CX00692 | No Victim ID'ed | | | | $40,000.00 | 3/22/1999 | $31,000.00 |
| FORD 665D TRACTOR/LOADER/BACKHOE | A429652 | Allen Willetts, 6784 Keansburg Rd, Gibsonville, NC, 336- 449-7894 | | None | | $34,000.00 | 3/9/1999 | $22,000.00 |
| CATERPILLAR D5H DOZER | 8RJ05197 | Coogler Const., Joey Coogler, 856 Koon Rd, Irmo, SC, 803-781-7411 | 3/10/1999 | Zurich Insurance Vince Lewis 410-229-5831 | | $125,000.00 | 4/23/1999 | $60,000.00 |
| JOHN DEERE 310D TRACTOR/LOADER/BACKHOE | TO310DA812079 | Wiregrass Construction, Arnold Edwards, 1900 S Hwy 231 Ozark, AL, 334-774-1107 | 3/19/1999 | Great American Ins 800-224-0589 | | $47,150.00 | 4/16/1999 | $21,500.00 |
| CATERPILLAR 416B TRACTOR/LOADER/BACKHOE | 8ZK07931 | Herbert Crawford, 1505 Dunlap Road, Luthersville, GA, 770-927-0413 770-927-6132 | 3/26/1999 | Selective Insurance Lynn Tadlock 800-688-9656 ext 559 | | $33,000.00 | 4/5/1999 | $29,000.00 |
| JOHN DEERE 555G CRAWLER | 806246 | Cagle & Cagle Const Terry Williams, 7035 Five Notch Rd, Douglasville, GA, 770-489-2302 | 3/29/1999 | CNA Commercial Ins 678-473-3928 | | $80,000.00 | 5/5/1999 | $29,000.00 |
| CASE 580 SUPER L 4X4 TRACTOR/LOADER/BACKHOE | JJG0195528 | H&L Guardrail Inc, Richard Brown, 116 H&L St, Troy, AL, 334-566-4541 334-566-1637 | 4/6/1999 | Penn National Sabrina Kimbrough 800-395-0518 | | $45,000.00 | 6/1/1999 | $28,000.00 |
| CATERPILLAR 416C TRACTOR/LOADER/BACKHOE | 4ZN03849 | Carolina Renewal, David Smith, 135 Forest Lake Dr., Simpsonville, SC, 458-9120 | 4/13/1999 | Ohio Casualty Ramona Gibson 336-323-0958 | | $70,000.00 | 4/13/1999 | $32,000.00 |
| CATERPILLAR 416C TRACTOR/LOADER/BACKHOE | 5YN00590 | Plateau Excavation, Paul Larson, 515 Lee Industrial Bl, Austell, GA, 770-548-7600 | 4/13/1999 | recovered - no $ loss for restitution purposes | | $40,000.00 | 6/9/1999 | $35,000.00 |
| FORD 555D 4X4 LOADER/BACKHOE | 421895 | L. T. Mechanical, Tommy Almond, 5940 General Commerce Dr, Charlotte, NC, 704-599-4445 | 4/22/1999 | Selective Insurance Tommy Miller Claim Number 01631291 800-688-9656 ext 2002 | | $29,800.00 | 4/22/1999 | $23,500.00 |
| JOHN DEERE 410E 4X4 LOADER/BACKHOE | 840005 | REA General Contractors, Lindsey Yarborough, 8917 Shelly Mullis Rd, Ft Mill, SC, 704-588-5298 | 4/23/1999 | Selective Insurance | | $100,000.00 | 6/21/1999 | $36,500.00 |

| Equipment | Serial No. | Name / Address | Date | Insurance | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| JOHN DEERE 310D 2X4 LOADER/BACKHOE | 823353 | Consolidated Paving, 15009 County Rd 9 Summerdale, AL 334-334-4641 | 5/10/1999 | | | 9/29/1999 | $22,260.00 |
| CATERPILLAR 416B LOADER/BACKHOE | 8SG13416 | Dubose Construction Reid Gester PO Box 117, Mt. Meigs, AL 215-334-1977 | 5/21/1999 | Maxson Young Ins Mike Lazaro 972-907-9910 | $47,800.00 | 7/14/1999 | $22,000.00 |
| JOHN DEERE 310E 4X4 TRACTOR/LOADER BACKHOE | 854344 | Hycon, Inc POBox 128 Westover AL 205-678-9224 United Rental, 6004 W Market St, Greensboro, NC 632-8730 | 5/24/1999 | Zurich Insurance Vince Lewis 410-229-5813 | $55,000.00 | | $44,200.00 |
| JOHN DEERE 310E TRACTOR/LOADER/BACKHOE | T0310EX872071 | Ransone & Sons Plumbing Larry Ransone 7641 H W Friendly Av Greensboro, NC 292-3450 548-4964 | 5/24/1999 | Travelers Insurance Martha Safrit 800-759-6194 ext 3277 | $49,500.00 | 7/12/1999 | $36,000.00 |
| CASE 580L 4X4 TRACTOR/LOADER/BACKHOE | JJG0221896 | JM Holt & Sons Michael Petty 2914 S NC 87 Graham NC 229-5014 229-8523 | 5/24/1999 | CNA Insurance Pam Williams 678-473-3928 | $65,000.00 | 7/21/1999 | $18,295.00 |
| CATERPILLAR 416B LOADER/BACKHOE | 8ZK07040 | Britt Plumbing Albert Farmer 3315 Airport Road, Wilson, NC 252-237-4602 252-236-3483 | 6/8/1999 | Great American Insurance 800-224-0589 | $52,000.00 | 7/19/1999 | $22,000.00 |
| FORD 555E LOADER/BACKHOE | 31013484 | Britt Plumbing, Albert Farmer 3315 Airport Road, Wilson, NC 252-237-4602 252-236-3483 | 6/8/1999 | CNA Insurance Rick Surles 336-222-1220 | $55,000.00 | 6/24/1999 | $30,000.00 |
| CATERPILLAR 416C LOADER/BACKHOE | 4ZN00687 | N&N Mechanical Plumbing Peter Chandler 8100 E. Arrowridge Bl, Suite E, Charlotte, NC 704-523-5125 | 6/9/1999 | | $50,848.00 | 7/8/1999 | $32,000.00 |
| FORD 575D TRACTOR/LOADER/BACK HOE | A436905 | Hines Equipment Co Craig Hines 1751 S Wesleyan Bl, Rocky Mt, NC 252-446-0333 442-1639 | 6/25/1999 | Risk Management Resources Sherry Oswald 800-717-3611 | $45,000.00 | 6/24/1999 | $25,000.00 |
| CAT D4C DOZER | 6LY00986 | Ferebee Corp, 10045 Metromount Ind Blvd, Charlotte, NC 509-2586 | 6/30/1999 | CNA, Richard L Surles 2122 Crosby Dr Burlington, NC claim 18-963958-F6 | $50,000.00 | 7/8/1999 | $31,550.00 |
| FORD 555E TRACTOR/LOADER/BACK HOE | 31008097 | Distribution Construction Co Larry Cripps 720 Hillsboro Street Fayetteville. NC 910-484 4440 336-869-9459 | 7/6/1999 | St. Paul Fire & Marine 877-467-0437 | $65,000.00 | | $29,000.00 |
| JOHN DEERE 310E TRACTOR/LOADER/BACK HOE | 832784 | Brown Construction Eddie Day 10200 Cove Ave, Pensacola, FL 850-473-9039 850-505-7851 | 7/11/1999 | CNA Commercial 678 473-3928 | $52,000.00 | 7/19/1999 | $39,200.00 |
| FORD 555D TRACTOR/LOADER/BACK HOE | A422493 | Brim Construction 1536 Azalea Rd Ext 660-8374 | 7/20/1999 | Travelers Insurance Hattie Crissman 770-521-3405 | $34,700.00 | | $22,000.00 |
| CATERPILLAR 426C TRACTOR/LOADER/BACK HOE | 6XN01531 | Alexander Contracting James Kelly 453 Old Buena Vista Rd, Columbus GA 687-5526 687-0764 | 7/22/1999 | Atlantic Mutual Mark Smieya PO Box 1925 Morristown, NJ | $53,000.00 | | $47,300.00 |

| Equipment | Serial No. | Owner / Contact | Date | Insurance | Value | Date | Value |
|---|---|---|---|---|---|---|---|
| FORD 555E TRACTOR/LOADER/BACKHOE | 31005414 | Ransone & Sons Plumbing Adalene Ransone 7641- H W Friendly Av, Greensboro, NC 336- 292-3450 336-644-0614 | 7/26/1999 | Travelers Insurance Martha Safrit 800-759-6194 ext 3277 | $40,000.00 | 11/2/1999 | $25,500.00 |
| Ford 555D | A433108 | Kelkris Construction, Inc David Dickstein 9124 Purfoy Rd Fuquay Varina, NC 919-552-5868 | 8/30/1999 | | $30,000.00 | | $22,250.00 |
| Ford 555D | A425247 | Altman Tractor Kirkland Matt 231 Sausage Lane W Colombia, SC 809-783-7870 / 809-359-1973 | 9/1/1999 | | $32,000.00 | 9/21/1999 | $21,375.00 |
| CAT 416C | 4ZN08162 | Gerich Company Lewis Givens 202 3rd St, Norway, SC 803- 263-4316 / 803-263-4294 | 9/3/1999 | | $68,000.00 | 9/24/1999 | $38,000.00 |
| JD 310E | 843321 | Brown $ Root Scott Martin 1929 Hwy 74 E, Hamlet, NC 582-3911 | 9/14/1999 | | $40,000.00 | | $44,200.00 |
| CAT D3C Dozer | 4TS00457 | J F Wilkerson Construction Chris David Jenkins 1010 Chapel Hill Rd, Morrisville NC 467-1829 | 9/30/1999 | | $74,000.00 | | $36,300.00 |
| CATERPILLAR 416C TRACTOR/LOADER/BACKHOE | 5YN03815 | S&N Communication Eric Nelson 763 Old Hollow Rd, Walkertown, NC 595-2116 375-9212 | 10/17/1999 | recovered - no $ loss for restitution purposes | $55,000.00 | | $45,950.00 |
| CATERPILLER 416B TRACTOR/LOADER/BACKHOE | 8ZK1746 | Bob Glover Grading Roy Hampton Watts II 430 N Scientific St, High Point, NC 336-454-3126 | 10/18/1999 | | $30,000.00 | | $37,900.00 |
| Cat 416B | 8ZK08344 | Gulf Hauling & Construction 8081 Larry Harrison Cottage Hill Rd Mobile, AL 334- 633-7474 | 10/19/1999 | | $50,000.00 | 11/2/1999 | $26,000.00 |
| CATERPILLAR 416 TRACTOR/LOADER/BACKHOE | 8ZK02079 | Burnette's Plumbing 5326 Reggie Burnette Van Hood Road Rougemont, NC 919- 732-6209 919-739-6927 | 11/22/1999 | CNA Commercial Insurance 678-473-3928 | $35,000.00 | 11/23/1999 | $27,030.00 |
| Ford 555D / 2 Unknown Make/Model Backhoes ATTEMPTED THEFT | A438003 / Unk | Branson's Concrete Finishing 725 Norman St., Asheboro, NC 362-2505 | 6/30/1999 | NA | NA | NA | $41,650.00 |
| JOHN DEERE 310D TRACTOR/LOADER/BACKHOE | T0310DG813178 | C&H Site Development P.O. Box 519 Hiram, GA 30141 or 430 Mill Lane Dallas, GA 30132 (770) 527- 6580 or (770) 443-8240 | 12/3/1998 | | $39,500.00 | 3/24/1999 | $33,390.00 |
| CATERPILLAR 416 TRACTOR/LOADER/BACKHOE | 8SG09662 | Couch Construction Joe Davis 100 Sunset Lane, Shalimar, FL 851-1821 | 12/7/1998 | Couch Construction out of business No ins. records | $52,000.00 | 12/14/1998 | $27,260.00 |
| JOHN DEERE 310E 4X4 TRACTOR/LOADER BACKHOE | T0310EX874970 | Ransone & Sons Plumbing 7341 H W Friendly Ave, Greensboro, NC 336-292-3450 | 11/4/1999 | | $46,700.00 | | $44,200.00 |
| | | | | TOTAL: | $3,229,726.00 | TOTAL: | $1,945,790 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,     :

     Plaintiff,     :

v.     :     Case No. 8:04-cr-539-T-27EAJ

ELAINE MATUK COMER,     :

     Defendant.     :

     :

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion of the

United States of America for Entry of a Final Order for a Forfeiture Money

Judgment, which, at sentencing, shall be a final order of forfeiture as to

defendant Elaine Matuk Comer. The Court hereby finds that defendant Elaine

Matuk Comer obtained funds in the amount of $50,000.00 as a result of her

participation in the conspiracy charged in Count One of the Indictment, for which

she has been found guilty. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion

is GRANTED. It is FURTHER **ORDERED** that defendant Elaine Matuk Comer is

jointly and severally liable, along with her co-conspirators found guilty as charged

in Count One of the Indictment, for a forfeiture money judgment up to the

amount of $50,000.00.

The Court shall retain jurisdiction to enter any orders necessary for the

forfeiture and disposition of any assets the United States may seek, pursuant to

21 U.S.C. § 853(p), in satisfaction of such money judgment, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this ___13ᵗʰ___ day of ___March___, 2007.

_____
HON. JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies to:   Adelaide G. Few, AUSA
             Attorneys of Record

2